TOLEDO BAR ASSOCIATION *v.* ANDERSON.

[Cite as *Toledo Bar Assn. v. Anderson* (1991), 62 Ohio St.3d 209.]

(No. 91–1253—Submitted September 11, 1991—Decided December 11, 1991.)

*Joseph L. Wittenberg* and *Edward J. McCormick, Jr.,* for relator.

*Delores Joan Anderson, pro se.*

---

*Per Curiam.*  We agree with the board's findings and recommendation. Accordingly, we order that respondent be indefinitely suspended from the practice of law in Ohio.  Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.